ARTHUR GROSSMAN, an Infant, by CHARLES GROSSMAN, His Guardian ad Litem, et al., Respondents, *v.* RALPH BOISSEAU, Individually and Doing Business under the Name of HUDSON OIL TRANSPORTATION COMPANY, Appellant.

Submitted October 6, 1952; decided October 9, 1952.

*Richards W. Hannah, Bernard Meyerson* and *Alan W. Craig* for motion.

*Isidor Enselman, Lawrence I. Hirsch* and *Gustave G. Rosenberg* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not served and filed within the time provided by subdivision 3 of section 592 of the Civil Practice Act.